# Exhibit A

Sour Cream gun

3 Oven mitts

4 Cutting Boards

3 Case Julenpas

1 case cups plastic

11 silverware

Napkin dispenser

20 Hotel pans different sizes

1 Case Beet

16 Tongs

1 ½ sandwich wrap

7 ½ cases garbage

5 cases plastic ware

Case of gloves

3 degreaser

3 bleach

2 Sanitizer

1 ½ case pan coating

2 eco lab dish chemicals

6 Comet

2 cases sponges

½ case Wipes

Scale

Food processor

2 Sleeves plastic cups

1 Sealant

8 Griddle screens

4 fire extinguishers

3 pairs of boots

Roter rooter

Vice grips

Knife sharpener

2 thermometers

1 rope

Cooler

Bench grinder

1 soap

Gasket

Onion slicer

2 cases of gloves

2 cases of griddle bricks

2 cases of light bulbs (2 burnt out)

2 cases of chips

2 cases of banana peppers

2 bags of rice

4 cases of kosher salt

4 lighters

2 boxes of 16. Oz. cups

1 box of 6 oz. cups

3 ½ cases of napkins

1 case of 9x9 containers

1 case 8x8 containers

2 cases of large dinner plates

1 case of medium dinner plates

R2 dicer

2 blenders

5 steel tables

1 case butter

10 gallon pot

Can opener

6 mixed funnels

1 iced machine

1 prep sink

1 salad spinner

2 onion racks

1 storage rack

20 20 liter buckets

43 20 liter lids

35 10 gal buckets

23 lids of buckets

1 rice cooker

2 food warmers

3 bottle openers

6 boxes of wire racks

3 plug-in heaters

1 plug-in fan

3 hand truck

Assortment of spices

Vulcan warner

1 Alto sham double

3 jars of peanut butter

1 case of olive oil

10 total garbage cans

12 1/3 pan cleaner

47 metal pans

11 little metal pans

6 4-qt containers

26 full metal pans

8 cutting boards

10 knives

1 used medical kit

35 metal lids

46 clear lids

50 metal lids

1 case of to-go

2 cases of guest checks

1 case of paper towels

2 cases of wax paper

1 change counter

2 shot vacs

3 bus tubs

2 staplers

2 calculators

2 toasters

Wax papers 2

1 1/2 rice

Towelettes 2

Toothpicks 3

Redgerolls 1/2

Guest checks 2

T-shirt bags 2

Dinner napkins 3

Bag o salt

Fold napkins 3/4

Paper towels 1

Gloves 2 3/4

Cups 4

Portion cups 4

Togo containers 4

Jaliopanios 3

Dishwasher detergent 3

Simple green 5/6

Degreaser 3/4

Bleach 1/6

Grille cleaner 8

Green cleaner 3/4

Knifes 2

Spoons

Foil 2

Garbage bags 5

Can opener

Foil lids

30 buckets

20 plastics bins and lids

300 gallon tanks on rollers